October 17, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

BEATRICE ZARATE, Appellant

NO. 14-16-00038-CV                    V.

ARIC RODRIGUEZ DBA MID-TOWN REALTY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Aric Rodriguez dba Mid-Town Realty, signed October 20, 2015, was heard on the transcript of the record. We have inspected the record and find the trial court erred when it granted summary judgment on appellant, Beatrice Zarate's waiver affirmative defense. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.